DELARONDE *vs.* M'ADAMS.

APPEAL FROM THE FIRST JUDICIAL DISTRICT.

Damages will be given, when the appeal is frivolous.

This action was brought by the endorsee against the endorser of a promissory note. Protest and notice to the defendant were proved in the court below, and judgment was there rendered for the plaintiff for the amount of the note, costs of protests and legal interest from protest. The defendant appealed.

MATHEWS, J., delivered the opinion of the court.

This is a suit against the endorser of a negotiable note; protest for non-payment by the maker, and due notice to the endorser were proved on the trial in the court below, and judgment being rendered against the defendant. He appealed.

The appellee claims damages in this court on the grounds of the appeal being frivolous, and taken solely for delay; which from the evidence of the cause appears to us to be true.

*Damages will be given when the appeal is frivolous.*

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed with costs, and ten per cent. damages on its amount.

*Conrad*, for plaintiff and appellee.

*Preston*, for defendant and appellant.